USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRYAN EICH, individually and on behalf of all
other similarly situated copyright holders,

                    Plaintiff,

      v.

RHAPSODY INTERNATIONAL, INC. d/b/a
NAPSTER,

                    Defendant.
-------------------------------------------------------------x

Case No.: 17-cv-5132

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff hereby serves notice that the above-captioned matter is dismissed without prejudice.

Dated: September 17, 2017

                                              **GARBARINI FITZGERALD P.C.**

                                              By: /s/ Richard M. Garbarini
                                              Richard M. Garbarini (RG 5496)
                                              250 Park Avenue, 7th Floor
                                              New York, New York 10177
                                              Telephone: (212) 300-5358
                                              Facsimile: (347) 218-9479

SO ORDERED.

/s/ Jesse M. Furman
Jesse M. Furman
United States District Judge
September 13, 2017